# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DENNIS PETERSON, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

CJ AMERICA, INC d.b.a. CJ FOODS INC.,

Defendant.

CASE NO. 14cv2570 DMS (JLB)

**ORDER FOLLOWING STATUS CONFERENCE**

A telephonic status conference was held on January 21, 2015. Marc Godino and Rosemary Rivas appeared for Plaintiff and Carlos Lazatin and Daniel Faria appeared for Defendant. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1.  Defendant shall file its motion to dismiss on or before **February 11, 2015**. When counsel are prepared to file the motion, they shall contact chambers for a hearing date.

DATED: January 21, 2015

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -                                                      14cv2570