1  Rosemary M. Rivas (State Bar No. 209147)
2  rrivas@finkelsteinthompson.com
   **FINKELSTEIN THOMPSON LLP**
3  One California Street, Suite 900
4  San Francisco, California 94111
   Telephone: (415) 398-8700
5  Facsimile: (415) 398-8704

6
7  Marc L. Godino (State Bar No. 182689)
   mgodino@glancylaw.com
8  **GLANCY PRONGAY & MURRAY LLP**
9  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
10 Telephone: (310) 201-9150
11 Facsimile: (310) 201-9160

12 *Attorneys for Individual and Representative*
13 *Plaintiff Dennis Petersen*

14

15                **UNITED STATES DISTRICT COURT**
16                **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  DENNIS PETERSEN, on behalf of himself and all others similarly situated,<br>19<br>20                 Plaintiff,<br>21<br>22  v.<br>23  CJ AMERICA, INC. d.b.a. CJ FOODS INC.,<br>24<br>25                 Defendant. | Case No. 14-CV-2570 DMS JLB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        December 4, 2015<br>Time:        1:30 p.m.<br>Judge:       Hon. Dana M. Sabraw<br>Courtroom:   13A |

26
27
28

# PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on December 4, 2015 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 13A, 13th Floor of the United States District Courthouse, 333 West Broadway, Suite 1310, San Diego, California, 92101, before the Honorable Dana M. Sabraw, Plaintiff Dennis Petersen ("Plaintiff") will, and hereby does, move the Court for an Order Granting Preliminary Approval of Class Action Settlement. The Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Rosemary M. Rivas, the pleadings and all documents on file in this action, and such other matters as may be presented at or before the hearing.

DATED: October 30, 2015                    Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

By: */s/ Rosemary M. Rivas*
       Rosemary M. Rivas
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

**GLANCY PRONGAY & MURRAY LLP**
Marc L. Godino
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Individual and Representative Plaintiff Dennis Petersen*